Dr. and Mrs. Richard Luck
801 Bunker Road
North Woodmere, NY 11581
516-791-6431

Hon. Joanna Seybert
U.S. District Court, E.D.N.Y.
100 Federal Plaza
Central Islip, N.Y. 11722



RECEIVED
IN CHAMBERS OF
HON. JOANNA SEYBERT

August 17, 2009

To Whom it May Concern,

    We are writing this letter on behalf of our children, Jordan and Taylor, who are still away in summer camp. We know that they would want the opportunity to speak on this matter if they were here. Both of our girls were students that graduated from number six school. Jordan will be entering high school this year and Taylor entering Middle School, here in district 15. They had an excellent academic experience in number six school as well as a wonderful sense of well being and family while there.
    While we recognize the changing community that we live in we are astounded each and every time a new decision is handed down by this board of ed. It is plain to see to each and every public school parent that the board has only two goals..to run our school system as a business and reduce its size and to set the future for the private school population. Making decisions on behalf of our children is clearly at the bottom of their list. There is no sane reason that the board would close our newest school with the largest auditorium, lunchrooms, gymnasiums and fields and crowd our children into the oldest school with none of the above attributes. Several years ago when we were on austerity it was quite a surprise to me that #6 school got new gym floors and seats in the auditorium and new playground equiptment. Now it is easy to understand why they did so. I am told it is common knowledge that #6 will be the new location for the HALB girls school. Several children currently attending that school have told our public school children that in two years that will be their new school.

I am myself a graduate of the lawrence public schools, year of 1978. I have fond memories of a wonderful school system and fantastic teachers and a board of ed that worked on behalf of the children. Unfortunately, that is no longer the case. We now have a board of ed that is working toward pushing out the people that built our neighborhood. They are forcing the public school parents to leave their homes to try and guarantee a better education for their children. They are not interested in coexisting with us, they want to take over. My daughter once said to me several years ago." now I understand how the Indians felt when the white man came to America and took their land over". It should not be allowed to happen this way. Please do not allow this board to do this to this community.

Sincerely,

Lisa and Richard Luck

