**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

TARA INCANTALUPO, STEPHEN JACKSON,
ANDREW LEVEY, STACEY SULLIVAN, and
FU-YUN TANG,

                       Plaintiffs,

  - against -

**JUDGMENT**

CV-09-3342 (JS)(AKT)

LAWRENCE UNION FREE SCHOOL DISTRICT
NUMBER 15, THE BOARD OF EDUCATION
OF THE LAWRENCE UNION FREE SCHOOL
DISTRICT NUMBER 15, MURRAY FORMAN
DAVID SUSSMAN, URI KAUFMAN, ASHER
MASDORF, MICHAEL HATTEN, SOLOMON
BLISKO, and NAHUM MARCUS,

                       Defendants.

----------------------------------------------------------------X

      A Memorandum and Decision of Honorable Joanna Seybert, United States District Judge, having been filed on August 24, 2009, denying Plaintiffs' motion for a preliminary injunction, and dismissing Plaintiffs' Complaint, it is

      **ORDERED AND ADJUDGED** that Plaintiffs take nothing of the Defendants; that Plaintiffs' motion for a preliminary injunction is denied; and that Plaintiffs' Complaint is dismissed.

Dated: Central Islip, New York
       August 25, 2009

                                                        ROBERT C. HEINEMANN
                                                        CLERK OF THE COURT

                               BY:    /S/ CATHERINE VUKOVICH
                                                        DEPUTY CLERK